**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| John S. Paschall,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>Carolyn W. Colvin,<br><br>　　　　Defendant | Case No.: 2:13-cv-1453-JAD-NJK<br><br>**Order Adopting Report and Recommendation [Doc. 24], Denying Motion to Remand [Doc. 20] and Granting Commissioner's Cross-Motion to Affirm [Doc. 22]** |

　　Magistrate Judge Nancy Koppe entered a report and recommendation on August 5, 2014, recommending that plaintiff John Paschall's motion to remand be denied, and that the Commissioner's Cross-Motion to Affirm be granted.  Doc. 24.  Objections were due August 22, 2014.  Paschall has filed no objection.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003).  *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

　　Accordingly, and with good cause appearing,

　　**IT IS HEREBY ORDERED** that Magistrate Judge Koppe's report and recommendation **[Doc. 24] is ADOPTED**.

　　**IT IS FURTHER ORDERED** that plaintiff John Paschall's motion to remand **[Doc. 20] is DENIED**, and that the Commissioner's Cross-Motion to Affirm **[Doc. 22] is GRANTED**.

　　DATED August 26, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1